United States District Court
Southern District of Texas
**ENTERED**
July 21, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JANIE MARCAUREL, *et al*, | § | |
| | § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:21-CV-2027 |
| | § | |
| USA WASTE-MANAGEMENT | § | |
| RESOURCES, LLC, *et al*, | § | |
| | § | |
| Defendants. | § | |

### ORDER

Plaintiffs have filed a Notice of Voluntary Dismissal. (Doc. 10). In accordance with that Notice and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, all claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, this the 20th day of July, 2021.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE